(67 Hun, 651.)

ROUNDS, Appellant, v. HENDERSON, Respondent.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Ira Rounds against John Henderson.
No opinion. Judgment affirmed, with costs.

---

(67 Hun, 650.)

In re SECOND NAT. BANK OF COOPERSTOWN.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Application of the Second National Bank of Cooperstown, pursuant to the request of the comptroller of the state of New York, for the transfer of funds or moneys held in trust by the treasurer of Otsego county.
No opinion. Application granted; order to be certified and countersigned by the presiding justice. Papers filed with the clerk of Broome county, to be certified by him, and transmitted to and filed with the clerk of Otsego county.

---

(67 Hun, 651.)

SEWELL, Respondent, v. LATHROP, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Henry B. Sewell against Aaron M. Lathrop.
No opinion. Order modified, by striking out the words "with costs to abide the event," and inserting, in lieu thereof, the words "upon payment of the costs of the trial. If such costs are not paid within 20 days, the motion for a new trial denied, with costs;" and, as so modified, affirmed, without costs of the appeal to either party. See Bailey v. Park, 5 Hun, 41; Comstock v. Dye, 13 Hun, 113; Kelly v. Frazier, 27 Hun, 314; Roney v. Aldrich, 44 Hun, 320.

---

(67 Hun, 650.)

SQUIRES, Appellant, v. HURD, Respondent.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Melissa Squires against Oliver P. Hurd.
No opinion. Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event. Held, (1) that the court erred in limiting the defendant's liability to negligence; (2) that the plaintiff is entitled to recover for such injuries as resulted from defendant's change of the natural course of the stream.

---

(67 Hun, 650.)

STERLING, Appellant, v. HILL, Respondent.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by William Sterling, by guardian, against Emeline Hill.
No opinion. Order affirmed, without costs. Defendant's appeal dismissed, with $10 costs. See 22 N. Y. Supp. 1117.

---

(67 Hun, 651.)

VAN ORMAN, Respondent, v. VAN ORMAN, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Jacob Van Orman against Maria Van Orman.
No opinion. Judgment affirmed, with costs.